PAUL I. REDCAY, APPELLANT, v. STATE BOARD OF EDUCATION, ETC., RESPONDENT.

Argued February 3, 1944—Decided March 23, 1944.

For the appellant, *Lester C. Leonard.*

For the respondent, *David T. Wilentz,* Attorney-General (*Lawrence A. Carton, Jr.,* and *Arthur T. Vanderbilt,* of counsel).

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Case, Donges, Heher, Perskie, Porter, Dear, Wells, Rafferty, Hague, Thompson, Dill, JJ. 13.

*For reversal*—None.